IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SHEILA O'DWYER and SAMUEL, O'DWYER, Individually and as the Parents and Next of kin of WILLIAM O'DWYER, SHEILA O'DWYER as the Administratix of the Estate of WILLIAM O'DWYER, BENJAMIN BERNARD HINES, B-H TRANSFER CO., BY-PASS TRANSPORT, INC., THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and PREMIER INSURANCE COMPANY <br><br> Defendants. | CIVIL ACTION FILE <br> NUMBER 4:13-CV-252 |

## COLLECTIVE RESPONSE TO PLAINTIFF PROGRESSIVE MOUNTAIN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants, BENJAMIN BERNARD HINES, B-H TRANSFER CO., THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA AND PREMIER INSURANCE COMPANY, and, in an abundance of caution, file this their Response to Plaintiff Progressive Mountain Insurance Company's Motion for Summary Judgment, showing this Honorable Court as follows:

While these Defendants do not dispute the facts as alleged by Plaintiff in its Motion for Summary Judgment, these Defendants do dispute any liability as to the

1

underlying auto accident. Defendants specifically incorporate herein by reference any and all previously asserted defenses that were raised in the cases filed in both the State Court of Fulton County, Civil Action No. 13EV01874G, and the State Court of Washington County, Civil Action No. 13SV52.

Respectfully submitted,

This 10th day of July, 2014.

                        HALL BOOTH SMITH, P.C.

                        /s/ W. Brent Hyde
                        W. BRENT HYDE
                        Georgia Bar No.: 381445

| | |
|---|---|
| 1564 King Road<br>Tifton, Georgia 31793<br>(229)382-0515 | Attorney for Defendants<br>Benjamin Bernard Hines, B-H Transfer Co., The Insurance Company of the State of Pennsylvania and Premier Insurance Company |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SHEILA O'DWYER and SAMUEL, O'DWYER, Individually and as the Parents and Next of kin of WILLIAM O'DWYER, SHEILA O'DWYER as the Administratix of the Estate of WILLIAM O'DWYER, BENJAMIN BERNARD HINES, B-H TRANSFER CO., BY-PASS TRANSPORT, INC., THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and PREMIER INSURANCE COMPANY <br><br> Defendants. | CIVIL ACTION FILE <br> NUMBER 4:13-CV-252 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 10th day of JULY 2014, served a copy of the within and foregoing COLLECTIVE RESPONSE TO PLAINTIFF PROGRESSIVE MOUNTAIN INSURANCE'S MOTION FOR SUMMARY JUDGMENT upon all Counsel of Record by placing a copy of same in the United States Mail, in an envelope with adequate postage affixed thereon to ensure delivery, as follows:

    Fred M. Valz, Esq.
    CARLOCK, COPELAND & STAIR, LLP
    P.O. Box 56887
    Atlanta, Georgia 30343

Mark Tate, Esq.
James Everett Shipley, Esq.
TATE LAW GROUP, LLC
P.O. Box 9060
Savannah, Georgia 31412

                                                **HALL BOOTH SMITH, P.C.**

                                                */s/ W. Brent Hyde*
                                                W. BRENT HYDE
                                                Georgia Bar No.:  381445

| | |
|---|---|
| 1564 King Road<br>Tifton, Georgia 31793<br>(229)382-0515 | Attorney for Defendants Benjamin Bernard Hines, B-H Transfer Co., The Insurance Company of the State of Pennsylvania and Premier Insurance Company |

4