# United States District Court
## *Southern District of Georgia*

Progressive Mountain Insurance Company,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-252,

Sheila O'Dwyer, and Samuel O' Dwyer, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/24/14, granting the Plaintiff's motion for summary judgment, judgment is hereby entered dismissing the case

9/24/14
*Date*



(By) Deputy Clerk